[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 4, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-12393
Non-Argument Calendar

_____

D. C. Docket No. 07-00145-CR-1-WDS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EL LUTERIO OROZCO-PINEDA,
a.k.a. Luterio,
a.k.a. Lute,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(December 4, 2009)

Before CARNES, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Michael H. Saul, appointed counsel for El Luterio Orozco-Pineda in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Orozco's conviction and sentence are **AFFIRMED**.